IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) SEAN SPIRES, | ) | |
| Plaintiff, | ) | 5:16-cv-1258-R |
| vs. | ) | |
| (1) VELOCITY INVESTMENTS, LLC, | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Sean Spires filed this action against Velocity Investments LLC ("Velocity") on November 1, 2016, alleging violations of the Fair Debt Collection Practices Act and seeking damages pursuant to 15 U.S.C. § 1692k. Therefore, this Court has subject matter jurisdiction and venue is proper in this district. 28 U.S.C. §§1331; 1391(b)(2). Default was entered against Velocity on December 14, 2016, and plaintiff then moved for the entry of default judgment. Plaintiff is seeking statutory damages of $1,000, plus attorney's fees and costs.

Plaintiff's motion [Doc. #7] is granted. Plaintiff Sean Spires will be awarded default judgment against defendant Velocity Investments, LLC in the amount of $1,000 in statutory damages, 15 U.S.C. 1692k, plus attorney's fees and costs, which will be assessed by the court clerk. Plaintiff shall file his fee application within fourteen days.

**IT IS SO ORDERED** this 6th day of March, 2017.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE